IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAVERT L. SILLER,

    Petitioner,                    No. CIV S-07-0641 WBS EFB P

  vs.

D.K. SISTO, et al.,

    Respondents.             ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On May 24, 2007, the court ordered service of the petition on respondents and directed respondents to file and serve a responsive pleading to the petition within 30 days. Respondents have not filed an answer.

    Accordingly, it is hereby ORDERED that respondent is directed to show cause for the failure to file a response to the petition within 30 days. The court defers ruling on petitioner's motion for summary judgment pending respondent's response to the order to show cause.

Dated: October 9, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE