IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAVERT L. SILLER,

    Petitioner,                    No. CIV S-07-0641 WBS EFB P

    vs.

D.K. SISTO, et al.,

    Respondents.             <u>ORDER</u>

                            /

      On April 3, 2007, petitioner, a California prisoner proceeding pro se, filed the above-captioned petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On May 24, 2007, the court found the petition presented cognizable claims for relief and ordered respondent to file an answer showing cause why the petition should not be granted based on the cognizable claims or, in the alternative, a motion to dismiss on procedural grounds. On July 18, 2007, petitioner filed a motion for summary judgment for "respondents' failure to respond." On October 9, 2007, the court deferred ruling on petitioner's motion for summary judgment and ordered respondent to show cause for the failure to file a response to the petition. Counsel for respondent filed a notice of appearance on November 27, 2007. Thereafter, petitioner filed a request for the court to grant his motion for summary judgment. Respondent filed an answer to the petition on December 20, 2007.

1  Petitioner's motion for summary judgment is superfluous and not procedurally
2 appropriate here.  As set forth in the scheduling section of its Order to Show Cause, *see* Order to
3 Show Cause, filed May 24, 2007, at 2, the procedure for deciding habeas corpus petitions in this
4 court involves the issuance of an order requiring a response showing why the writ should not be
5 granted, respondent's filing of an answer or response, and petitioner's filing of a traverse if he
6 wishes.  This is the procedure contemplated by Rules 4 and 5 of the Federal Rules Governing
7 § 2254 Cases in the United States District Courts, 28 U.S.C. foll. § 2254.  Adhering to that
8 procedure, respondent filed an answer with accompanying argument and exhibits, although
9 rather belatedly.  Petitioner filed a reply on January 14, 2008, and the matter stands submitted.
10 There is no need for the additional step of a motion for summary judgment.  The merits of the
11 petition have now been fully briefed and the stand submitted.  The court will address the legal
12 issues arising from each of the claims asserted in the petition after reviewing the arguments made
13 in the petition, the answer, and petitioner's response.

14  Accordingly, IT IS HEREBY ORDERED that petitioner's July 18, 2007, motion for
15 summary judgment is denied without prejudice.  The matter stands submitted and the court will
16 turn to the merits of the currently submitted petition.

17 Dated: February 22, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2